1   KAMALA D. HARRIS                                    E-FILED 03.17.11
    Attorney General of California
2   FELIX E. LEATHERWOOD                                JS-6
    Supervising Deputy Attorney General
3   RONALD N. ITO
    Deputy Attorney General
4   State Bar No. 71322
      300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013
      Telephone:  (213) 897-2477
6     Fax:  (213) 897-5775
      E-mail:  ronald.ito@doj.ca.gov
7   *Attorneys for Plaintiff, California
    Franchise Tax Board*
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                             WESTERN DIVISION
11

12

13   CALIFORNIA FRANCHISE TAX            Case No:  CV10-4152 MMM (Ex)
     BOARD,
14
                           Plaintiff,    **[PROPOSED]** ORDER OF
15                                       DISMISSAL WITHOUT
            v.                           PREJUDICE ON TERMS
16
17   FEDERAL DEPOSIT INSURANCE
     CORPORATION, AS RECEIVER
18   FOR FIRST BANK OF BEVERLY
     HILLS,
19
                           Defendant.
20

21          The Stipulation For Issuance Of Order Of Dismissal Without Prejudice

22   On Terms (the "Stipulation"), by and between defendant Federal Deposit Insurance

23   Corporation, as Receiver for First Bank of Beverly Hills, and plaintiff California

24   Franchise Tax Board, is approved;

25          **NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

26          1.  This Lawsuit is dismissed without prejudice pursuant to Federal Rules

27   of Civil Procedure 41(a)(2), provided however, the provisions of paragraphs 1

28   through 6 herein shall remain in full force and effect notwithstanding such

                                        1
                 **ORDER OF DISMISSAL WITHOUT PREJUDICE ON TERMS**

1    dismissal;

2          2.  By February 22, 2012, or a later date agreed to in writing by both

3    parties, the California Franchise Tax Board may file a subsequent lawsuit to collect

4    the taxes, interest and penalties for the tax years 2004, 2005 and 2006 that are the

5    subject of the Claim that the California Franchise Tax Board filed with the Federal

6    Deposit Insurance Corporation as Receiver in the receivership proceeding of First

7    Bank of Beverly Hills and/or a subsequent lawsuit on the said Claim (the

8    "Action");

9          3.  If and when the California Franchise Tax Board files an Action, the

10   Federal Deposit Insurance Corporation as Receiver for First Bank of Beverly Hills

11   shall not assert, and hereby waives, any defense based on the non-prosecution or

12   dismissal of this Lawsuit or the failure to commence an Action.  The Federal

13   Deposit Insurance Corporation as Receiver for First Bank of Beverly Hills has the

14   defenses it has as of the filing of this Lawsuit, but no new defenses shall arise as a

15   result of the Stipulation, this Order, the dismissal of this Lawsuit or the failure to

16   commence an Action after the dismissal of this Lawsuit, provided the Action is

17   commenced on or before February 22, 2012 or a later date agreed to in writing by

18   the parties.

19         4.  Except as expressly stated herein, nothing in the Stipulation or in this

20   Order of the Court issued pursuant to the Stipulation prejudices the respective

21   rights, positions, actions and/or defenses of California Franchise Tax Board or the

22   Federal Deposit Insurance Corporation as Receiver for First Bank of Beverly Hills

23   with respect to the Claim, filed by the California Franchise Tax Board with the

24   Federal Deposit Insurance Corporation as Receiver in the receivership proceeding

25   for the First Bank of Beverly Hills, and/or in a subsequent Action;

26         5.  Each party shall bear its own attorney fees and costs in this Lawsuit;

27   and

28         6.  Neither party herein may contend in this Lawsuit or in a subsequent

**ORDER OF DISMISSAL WITHOUT PREJUDICE ON TERMS**

1   Action that this Court lacked jurisdiction to issue this Order For Dismissal Without

2   Prejudice On Terms.

3

4   Dated:_March 17, 2011

5

6                                                       _____
                                                        HON. MARGARET M. MORROW
7                                                       United States District Judge

8

9

10  APPROVED AS TO FORM

11  KATTEN MUCHIN ROSEMAN LLP

12

13

14  By:_____
        JOSHUA D. WAYSER
15  Attorneys for Defendant,
    Federal Deposit Insurance Corporation,
16  as Receiver for First Bank of Beverly Hills

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DISMISSAL WITHOUT PREJUDICE ON TERMS**